**Martin Arriaga COLIN, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 06–75614.

United States Court of Appeals, Ninth Circuit.

Submitted May 7, 2007.*

Filed May 14, 2007.

Martin Arriaga Colin, Lake Forest, CA, pro se.

CAC–District, Office of the District Counsel Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel Department of Homeland Security, San Francisco, CA, Carol Federighi, Esq., Gladys M. Steffens–Guzman, Esq., DOJ—U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: KOZINSKI, GOULD and CALLAHAN, Circuit Judges.

MEMORANDUM **

This is a petition for review from the denial of petitioner's second motion to reconsider a Board of Immigration Appeals' ("BIA") order of removal.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

The BIA did not abuse its discretion in denying petitioner's second motion to reconsider as numerically barred. *See* 8 C.F.R. § 1003.2(b)(2); *Lara–Torres v. Ashcroft,* 383 F.3d 968, 972 (9th Cir.2004).

Accordingly, respondent's unopposed motion for summary disposition is granted because the questions raised by this petition for review are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982).

Petitioner's motion for a stay of voluntary departure is denied because the stay motion was filed after expiration of the voluntary departure period. *See Garcia v. Ashcroft,* 368 F.3d 1157, 1159 (9th Cir. 2004).

All other pending motions are denied as moot.

**PETITION FOR REVIEW DENIED.**

------

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.